IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-00548-MOC-DSC

| | |
|---|---|
| MARY TAYLOR WASHAM,             )<br>                                                        )<br>            Plaintiff,              )<br>                                                        )<br>v.                                                   )<br>                                                        )<br>HALDEX, INC.,                              )<br>COMPETITION TRAILERS, INC., AND )<br>HALDEX BRAKE PRODUCTS        )<br>CORPORATION,                            )<br>                                                        )<br>            Defendants.              ) | **ORDER** |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Thomas Haywood Davis and Steven Greg Emerson]" (document # 12 and 13) filed December 11, 2014. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: December 11, 2014

David S. Cayer
United States Magistrate Judge